(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) _Charles F. Cardone_   _098159-SBI_
    (Name of Plaintiff)    (Inmate Number)

_1181 Paddock Road_
_Smyrna DE 19977_
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _Warden Thomas Carroll_
(2) _DOC-DEL. Classification Board_
(3) _Anthony J. Rendina_
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

     - 0 6 - - 6 4 6

(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

Jury Trial Requested  YES

FILED
OCT 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
NO TFP

I.    **PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_06-151-KAJ_
_06-177-KAJ_
_06-152-KAJ_
_05-536-KAJ_

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   • •Yes   • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   • •Yes   • •No

C. If your answer to "B" is Yes:

1. What steps did you take? Since AUG. 11, 2005, to present date, I filed formal grievances and sent numerous letters to defends.

2. What was the result? I have gotten no response to steps taken in #1 nor have I had any hearing hearing in re alleged behavior placing me in Maximum Security Status.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll
Employed as Warden at Delaware Correctional Center
Mailing address with zip code: 1181 Paddock Road
Smyrna, DE 19977

(2) Name of second defendant: Dept. of Corrections, Delaware
Employed as Classification Board at Delaware Prisons
Mailing address with zip code: State of Delaware - Dept. of Correction Bureau of Prisons - 245 McKee Road - Dover, DE 19904

(3) Name of third defendant: Anthony J. Rendina
Employed as Inmate Classification Administrator at DE Correc. Center
Mailing address with zip code: State of Delaware - Dept. of Correction, Bureau of Prisons - 245 McKee Road, Dover, DE 19904

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On July 29, 2005, I was sentenced to 14 years at level 5 incarceration suspended for the balance to be served at level 3 probation after successful completion of the Greentree Program and The Crest Program. On August 11, 2005, I was placed

2. in Maximum Security status by Delaware Department of Corrections and Delaware Bureau of Prisons, where I am at present date of this §1983 civil action. I have submitted numerous letters to Warden Thomas Carroll, Classification

3. administrator Anthony Rendina and various Secured Housing Unit councelors (Mr. Simms, Mrs. Forbes-Shrader, and Ms. Johnson, et al. I have had no satisfactory responses. Mr. Simms, Mrs. Forbes-Shrader, and Mr. Rendina have responded by sending me inconclusive, irrespective, irrelevant, letters.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want this court to order defendants to place me in general population so I may attend and complete the 2 programs Judge T. Henley Graves sentenced me to on July 29, 2005...

3

2. I want the Court and/or the jury to award me compensatory, punitive, and psychological damages in the amount of millions of dollars ~~damages~~ for the defendants irrefutable, and criminal and complete disregard of a Superior Court's Judge's orders.

3. I want the dismissal (job) of my named defendants and any and all persons found, in the course of this §1983, to have knowingly violated my constitutional protection of due process against their (defendants) arbitrary governmental actions which arbitrarily and purposelessly punishes me by segregating me to my past and present status.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11th__ day of __October__, 2006.

__Charles F. Cardone  Pro se__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M Charles F. Cardona  
SBI# 098159  UNIT Bldg (2) A-5  
DELAWARE CORRECTIONAL CENTER  
1181 PADDOCK ROAD  
SMYRNA, DELAWARE 19977  

Legal Mail

★ Office of the Clerk  
U.S. Dist. Ct., Lockbox 18  
844 King St., U.S. Courthouse  
Wilmington DE  
19801

Pow-mia