# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: \* _Charles Cardone_ SBI#: _098159_

FROM:     Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:     _October 18, 2006_

\* _To be used in support of 06-646-KAJ- Filed on 10-26-06_

Attached are copies of your inmate account statement for the months of
_April 1, 2006_     to     _September 30, 2006_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| april | 158.95 |
| May | 98.35 |
| June | 78.94 |
| July | 119.96 |
| aug | 132.52 |
| Sept | 58.22 |

Average daily balances/6 months: _107.32_

Attachments
CC:   File

_Stacy Shane_
10/18/06

_Paul Jones_
10/18/06

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _3809_ on account his/her credit at (name

of institution) _Delaware Correctional Center_.

I further certify that the applicant has the following securities to his/her credit:          _(-3.06)_ .

I further certify that during the past six months the applicant's average monthly balance was $ _107.32_

and the average monthly deposits were $ _54.17_

_10/18/06_
Date

_Stacy Shane_
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28·USC §2254)*

Date Printed: 10/18/2006

# Individual Statement

## For Month of April 2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $148.41 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | QOL4 | | |

Current Location: 21     Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($1.35) | $148.41 | 244387 | | 3/15/06 | |
| Canteen | 4/4/2006 | $22.17 | $0.00 | $0.00 | $170.58 | 245030 | | REFUND | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($3.03) | $170.58 | 245096 | | 3/20/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($4.20) | $170.58 | 250773 | | 4/12/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.63) | $170.58 | 251705 | | 4/13/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.87) | $170.58 | 251729 | | 4/13/06 | |
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($0.39) | $170.58 | 251754 | | 4/14/06 | |
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($3.03) | $170.58 | 251755 | | 4/10/06 | |
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($0.87) | $170.58 | 251798 | | 4/9/06 | |
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($0.63) | $170.58 | 251799 | | 4/9/06 | |
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($0.63) | $170.58 | 251800 | | 4/9/06 | |
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($0.87) | $170.58 | 251802 | | 4/9/06 | |
| Supplies-MailP | 4/20/2006 | ($0.39) | $0.00 | $0.00 | $170.19 | 252439 | | 3/9/06 | |
| Supplies-MailP | 4/20/2006 | ($0.63) | $0.00 | $0.00 | $169.56 | 252474 | | 3/13/06 | |
| Supplies-MailP | 4/20/2006 | ($4.20) | $0.00 | $0.00 | $165.36 | 252735 | | 4/12/06 | |
| Supplies-MailP | 4/20/2006 | ($1.35) | $0.00 | $0.00 | $164.01 | 252732 | | 3/15/06 | |
| Supplies-MailP | 4/20/2006 | ($3.03) | $0.00 | $0.00 | $160.98 | 252979 | | 3/20/06 | |
| Supplies-MailP | 4/20/2006 | ($0.63) | $0.00 | $0.00 | $160.35 | 253061 | | 4/13/06 | |
| Supplies-MailP | 4/20/2006 | ($0.87) | $0.00 | $0.00 | $159.48 | 253151 | | 4/13/06 | |
| Supplies-MailP | 4/20/2006 | ($0.39) | $0.00 | $0.00 | $159.09 | 253163 | | 4/14/06 | |
| Supplies-MailP | 4/20/2006 | ($3.03) | $0.00 | $0.00 | $156.06 | 253164 | | 4/10/06 | |
| Supplies-MailP | 4/20/2006 | ($0.87) | $0.00 | $0.00 | $155.19 | 253256 | | 4/9/06 | |
| Supplies-MailP | 4/20/2006 | ($0.63) | $0.00 | $0.00 | $154.56 | 253257 | | 4/9/06 | |
| Supplies-MailP | 4/20/2006 | ($0.63) | $0.00 | $0.00 | $153.93 | 253258 | | 4/9/06 | |
| Supplies-MailP | 4/20/2006 | ($0.87) | $0.00 | $0.00 | $153.06 | 253260 | | 4/9/06 | |
| Canteen | 4/25/2006 | ($14.97) | $0.00 | $0.00 | $138.09 | 254285 | | | |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($1.11) | $138.09 | 255785 | | 4/20/06 | |

Date Printed: 10/18/2006

# Individual Statement

## For Month of May 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $138.09 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | QOL4 | | |

Current Location: 21      Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 5/2/2006 | $0.00 | $0.00 | ($0.87) | $138.09 | 258441 | | 4/26/06 | |
| Supplies-MailP | 5/2/2006 | $0.00 | $0.00 | ($1.11) | $138.09 | 258462 | | 4/27/06 | |
| Supplies-MailP | 5/2/2006 | $0.00 | $0.00 | ($2.79) | $138.09 | 258472 | | 4/27/06 | |
| Canteen | 5/9/2006 | ($14.93) | $0.00 | $0.00 | $123.16 | 260842 | | | |
| Supplies-MailP | 5/12/2006 | ($1.11) | $0.00 | $0.00 | $122.05 | 263128 | | 4/20/06 | |
| Supplies-MailP | 5/12/2006 | ($0.87) | $0.00 | $0.00 | $121.18 | 263334 | | 4/26/06 | |
| Supplies-MailP | 5/12/2006 | ($1.11) | $0.00 | $0.00 | $120.07 | 263443 | | 4/27/06 | |
| Supplies-MailP | 5/12/2006 | ($2.79) | $0.00 | $0.00 | $117.28 | 263450 | | 4/27/06 | |
| Pay-To | 5/12/2006 | ($30.00) | $0.00 | $0.00 | $87.28 | 263516 | | JUSTICE OF THE PE | |
| Canteen | 5/23/2006 | ($15.00) | $0.00 | $0.00 | $72.28 | 266450 | | | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.39) | $72.28 | 269455 | | 5/23/06 | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.39) | $72.28 | 269492 | | 5/21/06 | |
| Medical | 5/26/2006 | $0.00 | ($6.00) | $0.00 | $72.28 | 270469 | | 5/8/06 | |
| Medical | 5/26/2006 | ($6.00) | $0.00 | $0.00 | $66.28 | 270694 | | 5/8/06 | |

Ending Mth Balance: $66.28

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.06)

**Individual Statement**

Date Printed: 10/18/2006

Page 1 of 1

**For Month of June 2006**

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $66.28 |
|-----|-----------|------------|-----|--------|------------------|--------|
| 00098159 | CARDONE | CHARLES | | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|-------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | $66.28 | 272672 | | 5/17/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($1.11) | $66.28 | 273641 | | 5/9/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($1.11) | $66.28 | 273644 | | 5/15/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $65.89 | 274546 | | 5/23/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $65.50 | 274573 | | 5/21/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $65.11 | 274712 | | 5/17/06 | |
| Supplies-MailP | 6/5/2006 | ($1.11) | $0.00 | $0.00 | $64.00 | 274932 | | 5/9/06 | |
| Supplies-MailP | 6/5/2006 | ($1.11) | $0.00 | $0.00 | $62.89 | 274934 | | 5/15/06 | |
| Canteen | 6/6/2006 | ($29.34) | $0.00 | $0.00 | $33.55 | 275059 | | | |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | ($5.46) | $33.55 | 277378 | | 5/17/06 | |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | ($0.39) | $33.55 | 277408 | | 5/28/06 | |
| Supplies-MailP | 6/9/2006 | ($5.46) | $0.00 | $0.00 | $28.09 | 277643 | | 5/17/06 | |
| Supplies-MailP | 6/9/2006 | ($0.39) | $0.00 | $0.00 | $27.70 | 277670 | | 5/28/06 | |
| Medical | 6/9/2006 | $0.00 | ($6.00) | $0.00 | $27.70 | 277826 | | 5/23/06 | |
| Medical | 6/9/2006 | ($6.00) | $0.00 | $0.00 | $21.70 | 277977 | | 5/23/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($1.11) | $21.70 | 280922 | | 6/15/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.87) | $21.70 | 281054 | | 6/8/06 | |
| Canteen | 6/20/2006 | ($21.63) | $0.00 | $0.00 | $0.07 | 281443 | | | |
| Mail | 6/20/2006 | $150.00 | $0.00 | $0.00 | $150.00 | 281773 | 233098 | | UNK |
| Mail | 6/29/2006 | $25.00 | $0.00 | $0.00 | $175.00 | 285324 | 09868804558 | | F. CARDONE |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($0.87) | $175.07 | 285560 | | 6/27/06 | |
| Supplies-MailP | 6/30/2006 | $0.00 | $0.00 | ($0.87) | $175.07 | 285838 | | 6/25/06 | |
| Supplies-MailP | 6/30/2006 | $0.00 | $0.00 | ($0.39) | $175.07 | 285845 | | 6/25/06 | |

Ending Mth Balance:    $175.07

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($3.06)

Date Printed: 10/18/2006

# Individual Statement

## For Month of July 2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $175.07 |
|---|---|---|---|---|---|---|
| 000981159 | CARDONE | CHARLES | | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2006 | ($29.08) | $0.00 | $0.00 | $145.99 | 287144 | | | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.63) | $145.99 | 292113 | | 6/5/2006 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.63) | $145.99 | 292114 | | 6/5/2006 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.39) | $145.99 | 292133 | | 5/31/2006 | |
| Legal | 7/17/2006 | $0.00 | $0.00 | ($33.00) | $145.99 | 292315 | | | |
| Canteen | 7/18/2006 | ($29.95) | $0.00 | $0.00 | $116.04 | 292402 | | | |
| Supplies-MailP | 7/19/2006 | ($1.11) | $0.00 | $0.00 | $114.93 | 293904 | | 6/15/06 | |
| Supplies-MailP | 7/19/2006 | ($0.87) | $0.00 | $0.00 | $114.06 | 294042 | | 6/8/06 | |
| Supplies-MailP | 7/19/2006 | ($0.87) | $0.00 | $0.00 | $113.19 | 294159 | | 6/25/06 | |
| Supplies-MailP | 7/19/2006 | ($0.39) | $0.00 | $0.00 | $112.80 | 294166 | | 6/25/06 | |
| Supplies-MailP | 7/19/2006 | ($0.87) | $0.00 | $0.00 | $111.93 | 294209 | | 6/27/06 | |
| Legal | 7/19/2006 | ($33.00) | $0.00 | $0.00 | $78.93 | 294358 | | | |
| Supplies-MailP | 7/19/2006 | ($0.63) | $0.00 | $0.00 | $78.30 | 294614 | | 6/5/2006 | |
| Supplies-MailP | 7/19/2006 | ($0.63) | $0.00 | $0.00 | $77.67 | 294613 | | 6/5/2006 | |
| Supplies-MailP | 7/19/2006 | ($0.39) | $0.00 | $0.00 | $77.28 | 294681 | | 5/31/2006 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $77.28 | 295716 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.63) | $77.28 | 295754 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.20) | $77.28 | 295790 | | 7/16/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.20) | $77.28 | 295791 | | 7/16/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.63) | $77.28 | 295794 | | 7/15/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $77.28 | 295802 | | 7/16/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $77.28 | 295803 | | 7/16/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.63) | $77.28 | 295814 | | 7/18/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $77.28 | 295836 | | 7/19/06 | |
| Supplies-MailP | 7/25/2006 | $0.00 | $0.00 | ($0.63) | $77.28 | 296906 | | 7/23/06 | |
| Supplies-MailP | 7/25/2006 | $0.00 | $0.00 | ($1.11) | $77.28 | 296913 | | 7/23/06 | |
| Supplies-MailP | 7/25/2006 | $0.00 | $0.00 | ($1.11) | $77.28 | 296914 | | 7/23/06 | |

Date Printed: 10/18/2006

# Individual Statement

## For Month of August 2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $77.28 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | QOL4 | | |

Current Location:  21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/1/2006 | ($30.00) | $0.00 | $0.00 | $47.28 | 299649 | | | |
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($0.39) | $47.28 | 302007 | | 7/26/06 | |
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($0.39) | $47.28 | 302011 | | 7/26/06 | |
| Misc | 8/8/2006 | $150.00 | $0.00 | $0.00 | $197.28 | 303086 | 236256 | | MERCANTILE BANK |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $196.89 | 305137 | | 7/7/06 | |
| Supplies-MailP | 8/11/2006 | ($0.63) | $0.00 | $0.00 | $196.26 | 305166 | | 7/7/06 | |
| Supplies-MailP | 8/11/2006 | ($4.20) | $0.00 | $0.00 | $192.06 | 305230 | | 7/16/06 | |
| Supplies-MailP | 8/11/2006 | ($4.20) | $0.00 | $0.00 | $187.86 | 305229 | | 7/16/06 | |
| Supplies-MailP | 8/11/2006 | ($0.63) | $0.00 | $0.00 | $187.23 | 305233 | | 7/15/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $186.84 | 305241 | | 7/16/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $186.45 | 305240 | | 7/16/06 | |
| Supplies-MailP | 8/11/2006 | ($0.63) | $0.00 | $0.00 | $185.82 | 305255 | | 7/18/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $185.43 | 305280 | | 7/19/06 | |
| Supplies-MailP | 8/11/2006 | ($0.63) | $0.00 | $0.00 | $184.80 | 305376 | | 7/23/06 | |
| Supplies-MailP | 8/11/2006 | ($1.11) | $0.00 | $0.00 | $183.69 | 305382 | | 7/23/06 | |
| Supplies-MailP | 8/11/2006 | ($1.11) | $0.00 | $0.00 | $182.58 | 305383 | | 7/23/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $182.19 | 305760 | | 7/26/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $181.80 | 305762 | | 7/26/06 | |
| Canteen | 8/15/2006 | ($26.48) | $0.00 | $0.00 | $155.32 | 306810 | | | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.63) | $155.32 | 307054 | | 8/9/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307055 | | 8/9/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.63) | $155.32 | 307056 | | 8/9/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307961 | | 8/13/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307963 | | 8/13/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307965 | | 8/13/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307969 | | 8/13/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307972 | | 8/13/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307974 | | 8/11/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307976 | | 8/11/06 | |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 310182 | | 8/14/06 | |

**Individual Statement**

Date Printed: 10/18/2006

Page 2 of 2

## For Month of August 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($0.39) | 310183 | 8/14/06 |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($0.39) | 310184 | 8/15/06 |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($1.35) | 310186 | 8/15/06 |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($2.31) | 310207 | 8/14/06 |
| Canteen | 8/29/2006 | ($60.81) | $0.00 | $0.00 | 311614 | |

**Ending Mth Balance:** $94.51

$155.32
$155.32
$155.32
$155.32
$94.51

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($3.06)

Date Printed: 10/18/2006

# Individual Statement

## For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $94.51 |
|-----|-----------|------------|----|----|------------------|--------|
| 00098159 | CARDONE | CHARLES | | | | |

**Current Location:** 21    **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|----------|----------|----------|---------|---------|---------|-------|------------|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315305 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315306 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315307 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315308 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.83) | $94.51 | 315316 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315327 | | 9/1/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315328 | | 9/1/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315329 | | 9/1/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315653 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315657 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315659 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315662 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315665 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315677 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.11) | $94.51 | 315708 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.11) | $94.51 | 315718 | | 8/27/06 | |
| Legal | 9/8/2005 | $0.00 | $0.00 | ($28.00) | $94.51 | 316828 | | | |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $93.88 | 317029 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $93.49 | 317030 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $92.86 | 317031 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $92.47 | 317110 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $92.08 | 317111 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $91.69 | 317112 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $91.30 | 317113 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $90.91 | 317114 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $90.52 | 317115 | | 8/11/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $90.13 | 317116 | | 8/11/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $89.74 | 317276 | | 8/14/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $89.35 | 317277 | | 8/15/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $88.96 | 317275 | | 8/14/06 | |

# Individual Statement

Date Printed: 10/18/2006

Page 2 of 2

## For Month of September 2006

| Type | Date | Amount | Hold | Ref # | Balance | Amount | Posted Date |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/8/2006 | ($1.35) | $0.00 | 317278 | $87.61 | $0.00 | 8/15/06 |
| Supplies-MailP | 9/8/2006 | ($2.31) | $0.00 | 317300 | $85.30 | $0.00 | 8/14/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | 317468 | $84.91 | $0.00 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | 317469 | $84.28 | $0.00 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | 317470 | $83.65 | $0.00 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | 317471 | $83.02 | $0.00 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($1.83) | $0.00 | 317477 | $81.19 | $0.00 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | 317485 | $80.56 | $0.00 | 9/1/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | 317486 | $79.93 | $0.00 | 9/1/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | 317487 | $79.30 | $0.00 | 9/1/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | 317653 | $78.91 | $0.00 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | 317651 | $78.52 | $0.00 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | 317649 | $78.13 | $0.00 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | 317652 | $77.74 | $0.00 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | 317656 | $77.35 | $0.00 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | 317664 | $76.96 | $0.00 | 8/25/06 |
| Supplies-MailP | 9/8/2006 | ($1.11) | $0.00 | 317668 | $75.85 | $0.00 | 8/25/06 |
| Supplies-MailP | 9/8/2006 | ($1.11) | $0.00 | 317730 | $74.74 | $0.00 | 8/27/06 |
| Legal | 9/8/2006 | ($28.00) | $0.00 | | $46.74 | $0.00 | |
| Canteen | 9/13/2006 | $5.72 | $0.00 | 319592 | $52.46 | $0.00 | REFUND |
| Supplies-MailP | 9/15/2006 | $0.00 | ($0.39) | 320213 | $52.46 | $0.00 | 9/3/06 |
| Canteen | 9/26/2006 | ($35.37) | $0.00 | 323985 | $17.09 | $0.00 | |
| Supplies-MailP | 9/27/2006 | $0.00 | ($0.87) | 324607 | $17.09 | $0.00 | 9/19/06 |
| Supplies-MailP | 9/27/2006 | $0.00 | ($0.39) | 324885 | $17.09 | $0.00 | 9/25/06 |
| Supplies-MailP | 9/27/2006 | $0.00 | ($0.63) | 324897 | $17.09 | $0.00 | 9/25/06 |
| Canteen | 9/27/2006 | $21.00 | $0.00 | 325064 | $38.09 | $0.00 | REFUND |

**Ending Mth Balance:** $38.09

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($3.06)



Charles E. Cordrey
SBI# 098159 UNIT: Bldg. 21/AL5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal b

Lock Box 18
844 King Street
U.S. Court House
Wilmington DE
19801

Pro-Se