IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 06-646-KAJ ) |
| WARDEN THOMAS CARROLL, et al., | ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 6th day of December, 2006;

IT IS ORDERED THAT:

Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the court's October 26, 2006 order. (D.I. 3.) The order notified plaintiff that he was required to file a request to proceed *in forma pauperis* within thirty (30) days from the date the order was sent or the case would be dismissed. To date, the required request to proceed *in forma pauperis* has not been received.

_____
UNITED STATES DISTRICT JUDGE