In the United States District Court
For the District of Delaware

Charles F. Cardone,
    Plaintiff,

v.

Warden Thomas Carroll,
DOC-DCC, Del. Classification Board,
Anthony J. Rendina, et al.
    Defendants

C.A. 1:06-cv-646 KAJ

Trial by Jury Demanded

1

**Motion to the Court, by Plaintiff, To reconsider the Court's December, 6, 2006 Dismissal Without Prejudice.**

FILED
DEC 15 2006
BD Scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Plaintiff states the following:

1. The plaintiff Charles F. Cardone, SBI # 098159, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee and a request to proceed in forma pauperis.

2. Pursuant to 28 U.S.C. § 1915(b), the plaintiff shall be assessed the filing fee of $250.00, not the $350.00 filing fee as stated in Judge Jordan's Oct. 26, 2006 Order.

3. That the plaintiff, soon after he received this Court's Order of Oct. 26, 2006, submitted his request to DCC's Business Office for a certified copy of his prison trust account statement, which, to

(Con't) →

Page 2 of Plaintiff's Motion to Reconsider dismissal without prejudice of C.A. No. 06-646 KAJ...

2

— this date has not been processed.

4. That plaintiff will submit a second consecutive request to DCC's Business Office for a certified copy of his prison trust account statement.

5. Plaintiff, upon receipt of trust account statement from the Business Office, shall submit it to the Court for re-consideration for the Plaintiff to proceed *in forma pauperis*.

Plaintiff prays this Court grants this Motion to Re-consider dismissal upon receipt of plaintiff's prison trust account statement.

Charles F. Cardone, pro se
SBI #098159-DCC
Bldg. (18) BL12
1181 Paddock Road
Smyrna DE 19977

Dated: December 10, 2006

I/M Charles F. Carbone
SBI# 098159   UNIT Bldg (18) BL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. District Court
844 N. King St., Lockbox 18
Wilmington
DE
19801