# *DELAWARE CORRECTIONAL CENTER*
# *SUPPORT SERVICES OFFICE*
# *MEMORANDUM*

06-646

*TO:* Charles Cardone *SBI#:* 098159

*FROM:* *Stacy Shane, Support Services Secretary*

*RE:* ***6 Months Account Statement***

*DATE:* December 13, 2006

FILED
DEC 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

*Attached are copies of your inmate account statement for the months of* June 1, 2006 *to* November 30, 2006

*The following indicates the average daily balances.*

| ***MONTH*** | ***AVERAGE DAILY BALANCE*** |
|---|---|
| June | 78.94 |
| July | 119.96 |
| Aug | 132.52 |
| Sept | 58.22 |
| Oct | 103.33 |
| Nov | 155.05 |

***Average daily balances/6 months:*** 108.00

*Attachments*
*CC: File*

Stacy Shane
12/13/06

[signature]
12/13/06

# Individual Statement

Date Printed: 12/13/2006

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $66.28 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

**Current Location:** 18 **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | $66.28 | 272672 | | 5/17/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($1.11) | $66.28 | 273641 | | 5/9/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($1.11) | $66.28 | 273644 | | 5/15/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $65.89 | 274546 | | 5/23/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $65.50 | 274573 | | 5/21/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $65.11 | 274712 | | 5/17/06 | |
| Supplies-MailP | 6/5/2006 | ($1.11) | $0.00 | $0.00 | $64.00 | 274932 | | 5/9/06 | |
| Supplies-MailP | 6/5/2006 | ($1.11) | $0.00 | $0.00 | $62.89 | 274934 | | 5/15/06 | |
| Canteen | 6/6/2006 | ($29.34) | $0.00 | $0.00 | $33.55 | 275059 | | | |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | ($5.46) | $33.55 | 277378 | | 5/17/06 | |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | ($0.39) | $33.55 | 277408 | | 5/28/06 | |
| Supplies-MailP | 6/9/2006 | ($5.46) | $0.00 | $0.00 | $28.09 | 277643 | | 5/17/06 | |
| Supplies-MailP | 6/9/2006 | ($0.39) | $0.00 | $0.00 | $27.70 | 277670 | | 5/28/06 | |
| Medical | 6/9/2006 | $0.00 | ($6.00) | $0.00 | $27.70 | 277826 | | 5/23/06 | |
| Medical | 6/9/2006 | ($6.00) | $0.00 | $0.00 | $21.70 | 277977 | | 5/23/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($1.11) | $21.70 | 280922 | | 6/15/06 | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.87) | $21.70 | 281054 | | 6/8/06 | |
| Canteen | 6/20/2006 | ($21.63) | $0.00 | $0.00 | $0.07 | 281443 | | | |
| Mail | 6/20/2006 | $150.00 | $0.00 | $0.00 | $150.07 | 281773 | 233098 | | UNK |
| Mail | 6/29/2006 | $25.00 | $0.00 | $0.00 | $175.07 | 285324 | 09868804558 | | F. CARDONE |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($0.87) | $175.07 | 285560 | | 6/27/06 | |
| Supplies-MailP | 6/30/2006 | $0.00 | $0.00 | ($0.87) | $175.07 | 285838 | | 6/25/06 | |
| Supplies-MailP | 6/30/2006 | $0.00 | $0.00 | ($0.39) | $175.07 | 285845 | | 6/25/06 | |
| | | | | **Ending Mth Balance:** | **$175.07** | | | | |

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($2.67)

# Individual Statement

Date Printed: 12/13/2006

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $175.07 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

**Current Location:** 18 **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2006 | ($29.08) | $0.00 | $0.00 | $145.99 | 287144 | | | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.63) | $145.99 | 292113 | | 6/5/2006 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.63) | $145.99 | 292114 | | 6/5/2006 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.39) | $145.99 | 292133 | | 5/31/2006 | |
| Legal | 7/17/2006 | $0.00 | $0.00 | ($33.00) | $145.99 | 292315 | | | |
| Canteen | 7/18/2006 | ($29.95) | $0.00 | $0.00 | $116.04 | 292402 | | | |
| Supplies-MailP | 7/19/2006 | ($1.11) | $0.00 | $0.00 | $114.93 | 293904 | | 6/15/06 | |
| Supplies-MailP | 7/19/2006 | ($0.87) | $0.00 | $0.00 | $114.06 | 294042 | | 6/8/06 | |
| Supplies-MailP | 7/19/2006 | ($0.87) | $0.00 | $0.00 | $113.19 | 294159 | | 6/25/06 | |
| Supplies-MailP | 7/19/2006 | ($0.39) | $0.00 | $0.00 | $112.80 | 294166 | | 6/25/06 | |
| Supplies-MailP | 7/19/2006 | ($0.87) | $0.00 | $0.00 | $111.93 | 294209 | | 6/27/06 | |
| Legal | 7/19/2006 | ($33.00) | $0.00 | $0.00 | $78.93 | 294358 | | | |
| Supplies-MailP | 7/19/2006 | ($0.63) | $0.00 | $0.00 | $78.30 | 294614 | | 6/5/2006 | |
| Supplies-MailP | 7/19/2006 | ($0.63) | $0.00 | $0.00 | $77.67 | 294613 | | 6/5/2006 | |
| Supplies-MailP | 7/19/2006 | ($0.39) | $0.00 | $0.00 | $77.28 | 294681 | | 5/31/2006 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $77.28 | 295716 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.63) | $77.28 | 295754 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.20) | $77.28 | 295790 | | 7/16/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.20) | $77.28 | 295791 | | 7/16/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.63) | $77.28 | 295794 | | 7/15/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $77.28 | 295802 | | 7/16/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $77.28 | 295803 | | 7/16/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.63) | $77.28 | 295814 | | 7/18/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $77.28 | 295836 | | 7/19/06 | |
| Supplies-MailP | 7/25/2006 | $0.00 | $0.00 | ($0.63) | $77.28 | 296906 | | 7/23/06 | |
| Supplies-MailP | 7/25/2006 | $0.00 | $0.00 | ($1.11) | $77.28 | 296913 | | 7/23/06 | |
| Supplies-MailP | 7/25/2006 | $0.00 | $0.00 | ($1.11) | $77.28 | 296914 | | 7/23/06 | |

# Individual Statement

Date Printed: 12/13/2006

## For Month of July 2006

**Ending Mth Balance:** **$77.28**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($2.67)

# Individual Statement

Date Printed: 12/13/2006

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $77.28 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

**Current Location:** 18 **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/1/2006 | ($30.00) | $0.00 | $0.00 | $47.28 | 299649 | | | |
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($0.39) | $47.28 | 302007 | | 7/26/06 | |
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($0.39) | $47.28 | 302011 | | 7/26/06 | |
| Misc | 8/8/2006 | $150.00 | $0.00 | $0.00 | $197.28 | 303086 | 236256 | | MERCANTILE BANK |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $196.89 | 305137 | | 7/7/06 | |
| Supplies-MailP | 8/11/2006 | ($0.63) | $0.00 | $0.00 | $196.26 | 305186 | | 7/7/06 | |
| Supplies-MailP | 8/11/2006 | ($4.20) | $0.00 | $0.00 | $192.06 | 305230 | | 7/16/06 | |
| Supplies-MailP | 8/11/2006 | ($4.20) | $0.00 | $0.00 | $187.86 | 305229 | | 7/16/06 | |
| Supplies-MailP | 8/11/2006 | ($0.63) | $0.00 | $0.00 | $187.23 | 305233 | | 7/15/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $186.84 | 305241 | | 7/16/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $186.45 | 305240 | | 7/16/06 | |
| Supplies-MailP | 8/11/2006 | ($0.63) | $0.00 | $0.00 | $185.82 | 305255 | | 7/18/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $185.43 | 305280 | | 7/19/06 | |
| Supplies-MailP | 8/11/2006 | ($0.63) | $0.00 | $0.00 | $184.80 | 305376 | | 7/23/06 | |
| Supplies-MailP | 8/11/2006 | ($1.11) | $0.00 | $0.00 | $183.69 | 305382 | | 7/23/06 | |
| Supplies-MailP | 8/11/2006 | ($1.11) | $0.00 | $0.00 | $182.58 | 305383 | | 7/23/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $182.19 | 305760 | | 7/26/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $181.80 | 305762 | | 7/26/06 | |
| Canteen | 8/15/2006 | ($26.48) | $0.00 | $0.00 | $155.32 | 306810 | | | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.63) | $155.32 | 307054 | | 8/9/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307055 | | 8/9/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.63) | $155.32 | 307056 | | 8/9/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307961 | | 8/13/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307963 | | 8/13/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307965 | | 8/13/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307969 | | 8/13/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307972 | | 8/13/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307974 | | 8/11/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 307976 | | 8/11/06 | |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 310182 | | 8/14/06 | |

# Individual Statement

Date Printed: 12/13/2006

## For Month of August 2006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 310183 | 8/14/06 |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($0.39) | $155.32 | 310184 | 8/15/06 |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($1.35) | $155.32 | 310186 | 8/15/06 |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($2.31) | $155.32 | 310207 | 8/14/06 |
| Canteen | 8/29/2006 | ($60.81) | $0.00 | $0.00 | $94.51 | 311614 | |
| | | | | **Ending Mth Balance:** | **$94.51** | | |

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($2.67)

# Individual Statement

Date Printed: 12/13/2006

## For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $94.51 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

**Current Location:** 18 **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315305 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315306 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315307 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315308 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.83) | $94.51 | 315316 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315327 | | 9/1/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315328 | | 9/1/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315329 | | 9/1/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315653 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315657 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315659 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315662 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315665 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315677 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.11) | $94.51 | 315708 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.11) | $94.51 | 315718 | | 8/27/06 | |
| Legal | 9/8/2006 | $0.00 | $0.00 | ($28.00) | $94.51 | 316828 | | | |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $93.88 | 317029 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $93.49 | 317030 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $92.86 | 317031 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $92.47 | 317110 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $92.08 | 317111 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $91.69 | 317112 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $91.30 | 317113 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $90.91 | 317114 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $90.52 | 317115 | | 8/11/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $90.13 | 317116 | | 8/11/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $89.74 | 317276 | | 8/14/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $89.35 | 317277 | | 8/15/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $88.96 | 317275 | | 8/14/06 | |

# Individual Statement

Date Printed: 12/13/2006

## For Month of September 2006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/8/2006 | ($1.35) | $0.00 | $0.00 | $87.61 | 317278 | 8/15/06 |
| Supplies-MailP | 9/8/2006 | ($2.31) | $0.00 | $0.00 | $85.30 | 317300 | 8/14/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $84.91 | 317468 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $84.28 | 317469 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $83.65 | 317470 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $83.02 | 317471 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($1.83) | $0.00 | $0.00 | $81.19 | 317477 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $80.56 | 317485 | 9/1/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $79.93 | 317486 | 9/1/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $79.30 | 317487 | 9/1/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $78.91 | 317650 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $78.52 | 317653 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $78.13 | 317651 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $77.74 | 317649 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $77.35 | 317652 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $76.96 | 317656 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($1.11) | $0.00 | $0.00 | $75.85 | 317664 | 8/25/06 |
| Supplies-MailP | 9/8/2006 | ($1.11) | $0.00 | $0.00 | $74.74 | 317668 | 8/27/06 |
| Legal | 9/8/2006 | ($28.00) | $0.00 | $0.00 | $46.74 | 317730 | |
| Canteen | 9/13/2006 | $5.72 | $0.00 | $0.00 | $52.46 | 319592 | REFUND |
| Supplies-MailP | 9/15/2006 | $0.00 | $0.00 | ($0.39) | $52.46 | 320213 | 9/3/06 |
| Canteen | 9/26/2006 | ($35.37) | $0.00 | $0.00 | $17.09 | 323985 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($0.87) | $17.09 | 324607 | 9/19/06 |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($0.39) | $17.09 | 324885 | 9/25/06 |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($0.63) | $17.09 | 324897 | 9/25/06 |
| Canteen | 9/27/2006 | $21.00 | $0.00 | $0.00 | $38.09 | 325064 | REFUND |
| | | | | **Ending Mth Balance:** | **$38.09** | | |

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($2.67)

# Individual Statement

Date Printed: 12/13/2006

## For Month of October 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $38.09 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

**Current Location:** 18 **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc | 10/3/2006 | $150.00 | $0.00 | $0.00 | $188.09 | 327649 | 238437 | | MERCANTILE BANK |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $188.09 | 329716 | | 10/1/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $188.09 | 329837 | | 9/26/06 | |
| Canteen | 10/10/2006 | ($92.00) | $0.00 | $0.00 | $96.09 | 330519 | | | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.87) | $96.09 | 333870 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $96.09 | 333926 | | 10/8/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $96.09 | 333927 | | 10/10/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.63) | $96.09 | 333983 | | 10/13/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.87) | $96.09 | 334091 | | 10/7/06 | |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | $95.70 | 335250 | | 9/3/06 | |
| Supplies-MailP | 10/20/2006 | ($0.87) | $0.00 | $0.00 | $94.83 | 335821 | | 9/19/06 | |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | $94.44 | 335893 | | 9/25/06 | |
| Supplies-MailP | 10/20/2006 | ($0.63) | $0.00 | $0.00 | $93.81 | 335898 | | 9/25/06 | |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | $93.42 | 336009 | | 10/1/06 | |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | $93.03 | 336177 | | 9/26/06 | |
| Supplies-MailP | 10/20/2006 | ($0.87) | $0.00 | $0.00 | $92.16 | 336182 | | 10/14/06 | |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | $91.77 | 336201 | | 10/8/06 | |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | $91.38 | 336202 | | 10/10/06 | |
| Supplies-MailP | 10/20/2006 | ($0.63) | $0.00 | $0.00 | $90.75 | 336265 | | 10/13/06 | |
| Supplies-MailP | 10/20/2006 | ($0.87) | $0.00 | $0.00 | $89.88 | 336313 | | 10/7/06 | |
| Canteen | 10/24/2006 | ($28.62) | $0.00 | $0.00 | $61.26 | 337100 | | | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($0.87) | $61.26 | 337389 | | 10/20/06 | |

**Ending Mth Balance:** **$61.26**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($2.67)

# Individual Statement

Date Printed: 12/13/2006

## For Month of November 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $61.26 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

**Current Location:** 18 **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.63) | $61.26 | 340532 | | 10/29/06 | |
| Mail | 11/2/2006 | $150.00 | $0.00 | $0.00 | $211.26 | 341725 | 238561 | | MERCANTILE BANK |
| Supplies-MailP | 11/3/2006 | ($0.87) | $0.00 | $0.00 | $210.39 | 342141 | | 10/20/06 | |
| Supplies-MailP | 11/3/2006 | ($0.63) | $0.00 | $0.00 | $209.76 | 342426 | | 10/29/06 | |
| Canteen | 11/8/2006 | ($29.33) | $0.00 | $0.00 | $180.43 | 343203 | | | |
| Canteen | 11/14/2006 | ($13.68) | $0.00 | $0.00 | $166.75 | 345906 | | | |
| Canteen | 11/21/2006 | ($51.29) | $0.00 | $0.00 | $115.46 | 348761 | | | |
| Canteen | 11/28/2006 | ($14.07) | $0.00 | $0.00 | $101.39 | 350839 | | | |
| Pay-To | 11/29/2006 | ($15.95) | $0.00 | $0.00 | $85.44 | 351592 | | LF BOOK ORDERS | |

**Ending Mth Balance:** **$85.44**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($2.67)

I/M Charles F. Carbone
SBI# 098159 UNIT Bldg (18) BL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
Legal Mail
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.870
02 1A
0004608975
DEC 15 2006
MAILED FROM ZIP CODE 19977
U.S. District Court
844 N. King St, Lockbox 18
Wilmington,
DE 19801
S.M.S.
X-RAY
Pow-mia

