IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-646-*** |
| | ) | |
| WARDEN THOMAS CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

F I L E D

JAN 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

At Wilmington this /2 day of January, 2007;

IT IS ORDERED THAT:

Plaintiff's motion for reconsideration of the court's December 6, 2006 dismissal order is **DENIED**. (D.I. 6.) While plaintiff has submitted additional trust account information (D.I. 7) he has failed to file a request to proceed *in forma pauperis* as previously ordered by the court. The case remains closed.

UNITED STATES DISTRICT JUDGE
Magistrate