AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

RECEIVED-D.C.C.

MAR 1 9 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE    SUPPORT SERVICES MANAGER

_Charles F. Cardone_
Plaintiff

V.

_Warden Thomas Carroll, et al.,_
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: _Civil No. 06-646_ ***

I, _Charles F. Cardone_ declare that I am the (check appropriate box)

(•• Petitioner/Plaintiff/Movant)    •• Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   •_Yes_   ••No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _Delaware Correctional Center_

    Inmate Identification Number (Required): _SBI #098159_

    Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_

    _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?   ••Yes   •_No_

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _1982_
    _Social Security Disability since 1982_

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | •• Yes | •• No |
    | b. | Rent payments, interest or dividends | •• Yes | •• No |
    | c. | Pensions, annuities or life insurance payments | •• Yes | •• No |
    | d. | Disability or workers compensation payments | •• Yes | •• No |
    | e. | Gifts or inheritances | •• Yes | •• No |
    | f. | Any other sources | •• Yes | •• No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?        • • Yes        • • No

   If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                                 • • Yes        • • No

   If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

Mar. 4, 07                             Charles F. Cardone
DATE                                   SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __134.92__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __(-.63)__

I further certify that during the past six months the applicant's average monthly balance was $ __106.49__ and the average monthly deposits were $ __100.00__

__3/19/07__   __Stacy Shane__
Date          Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-D.C.C.
MAR 1 9 2007
SUPPORT SERVICES MANAGER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil No. 06-646-*** | |
| | ) | |
| WARDEN THOMAS CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

FILED
JAN 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ORDER

At Wilmington this /2 day of January, 2007;

IT IS ORDERED THAT:

Plaintiff's motion for reconsideration of the court's December 6, 2006 dismissal order is **DENIED**. (D.I. 6.) While plaintiff has submitted additional trust account information (D.I. 7) he has failed to file a request to proceed *in forma pauperis* as previously ordered by the court. The case remains closed.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

IM Charles F. Cardone
SBI# 098159  UNIT (18) B-L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. District Court
844 N. King St., Lockbox 18
Wilmington
DE
19806