# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Charles Cardones   SBI#: 098159

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 19, 2007

---

Attached are copies of your inmate account statement for the months of September 1, 2006 to February 28, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 58.02 |
| Oct | 103.33 |
| Nov | 155.05 |
| Dec | 130.04 |
| Jan | 104.67 |
| Feb | 87.03 |

Average daily balances/6 months: 106.49

06cv646 ***
FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attachments
CC: File

Stacy Shane
3/19/07

Jeanette M. Howe

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | Beginning Month Balance: | $94.51 |
| Current Location: | 18 | | | Comments: | Ending Month Balance: | $156.96 |

Page 1 of 4

```
0 6 c v 6 4 6  ✱ ✱ ✱
       FILED
     MAR 26 2007
   U.S. DISTRICT COURT
  DISTRICT OF DELAWARE
                         RG
                         Scott
```

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315305 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315306 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315307 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315308 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.83) | $94.51 | 315316 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315327 | | 9/1/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315328 | | 9/1/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.63) | $94.51 | 315329 | | 9/1/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315653 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315657 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315659 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315662 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $94.51 | 315665 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.11) | $94.51 | 315677 | | 8/29/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.11) | $94.51 | 315708 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.11) | $94.51 | 315718 | | 8/27/06 | |
| Legal | 9/8/2006 | $0.00 | $0.00 | ($28.00) | $94.51 | 316828 | | | |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $93.88 | 317029 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $93.49 | 317030 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $92.86 | 317031 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $92.47 | 317110 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $92.08 | 317111 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $91.69 | 317112 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $91.30 | 317113 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $90.91 | 317114 | | 8/13/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $90.52 | 317115 | | 8/11/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $90.13 | 317116 | | 8/11/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $89.74 | 317277 | | 8/15/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $89.35 | 317275 | | 8/14/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $88.96 | 317276 | | 8/14/06 | |

**Individual Statement**
**From September 2006 to December 2006**

Date Printed: 3/19/2007                                                                 Page 2 of 4

| Category | Date | Amount | Balance | Ref # | Date2 |
|---|---|---|---|---|---|
| Supplies-MailP | 9/8/2006 | ($1.35) | $0.00 | $87.61 | 317278 | 8/15/06 |
| Supplies-MailP | 9/8/2006 | ($2.31) | $0.00 | $85.30 | 317300 | 8/14/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $84.91 | 317468 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $84.28 | 317469 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $83.65 | 317470 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $83.02 | 317471 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($1.83) | $0.00 | $81.19 | 317477 | 8/24/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $80.56 | 317485 | 9/1/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $79.93 | 317486 | 9/1/06 |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $79.30 | 317487 | 9/1/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $78.91 | 317649 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $78.52 | 317653 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $78.13 | 317652 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $77.74 | 317650 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $77.35 | 317651 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $76.96 | 317656 | 8/29/06 |
| Supplies-MailP | 9/8/2006 | ($1.11) | $0.00 | $75.85 | 317664 | 8/25/06 |
| Supplies-MailP | 9/8/2006 | ($1.11) | $0.00 | $74.74 | 317668 | 8/27/06 |
| Legal | 9/8/2006 | ($28.00) | $0.00 | $46.74 | 317730 | |
| Canteen | 9/13/2006 | $5.72 | $0.00 | $52.46 | 319592 | |
| Supplies-MailP | 9/15/2006 | $0.00 | ($0.39) | $52.46 | 320213 | REFUND 9/3/06 |
| Canteen | 9/26/2006 | ($35.37) | $0.00 | $17.09 | 323985 | |
| Supplies-MailP | 9/27/2006 | $0.00 | ($0.87) | $17.09 | 324607 | |
| Supplies-MailP | 9/27/2006 | $0.00 | ($0.39) | $17.09 | 324885 | 9/19/06 |
| Supplies-MailP | 9/27/2006 | $0.00 | ($0.63) | $17.09 | 324897 | 9/25/06 |
| Canteen | 9/27/2006 | $21.00 | $0.00 | $38.09 | 325064 | 9/25/06 |
| Misc | 10/3/2006 | $150.00 | $0.00 | $188.09 | 327649 | REFUND 238437 |
| Supplies-MailP | 10/10/2006 | $0.00 | ($0.39) | $188.09 | 329716 | 10/1/06 |
| Supplies-MailP | 10/10/2006 | $0.00 | ($0.39) | $188.09 | 329837 | 9/26/06 |
| Canteen | 10/10/2006 | ($92.00) | $0.00 | $96.09 | 330519 | |
| Supplies-MailP | 10/18/2006 | $0.00 | ($0.87) | $96.09 | 333870 | 10/14/06 |
| Supplies-MailP | 10/18/2006 | $0.00 | ($0.39) | $96.09 | 333926 | 10/8/06 |
| Supplies-MailP | 10/18/2006 | $0.00 | ($0.39) | $96.09 | 333927 | 10/10/06 |
| Supplies-MailP | 10/19/2006 | $0.00 | ($0.63) | $96.09 | 333983 | 10/13/06 |
| Supplies-MailP | 10/19/2006 | $0.00 | ($0.87) | $95.70 | 334091 | 10/7/06 |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $95.70 | 335250 | 9/3/06 |
| Supplies-MailP | 10/20/2006 | ($0.87) | $0.00 | $94.83 | 335821 | 9/19/06 |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $94.44 | 335893 | 9/25/06 |

MERCANTILE BANK

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007

Page 3 of 4

| Type | Date | Amount1 | Amount2 | Amount3 | Ref | Source | Date2 |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/20/2006 | ($0.63) | $0.00 | $0.00 | 335898 | | 9/25/06 |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | 336009 | | 10/1/06 |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | 336177 | | 9/26/06 |
| Supplies-MailP | 10/20/2006 | ($0.87) | $0.00 | $0.00 | 336182 | | 10/14/06 |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | 336201 | | 10/8/06 |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | 336202 | | 10/10/06 |
| Supplies-MailP | 10/20/2006 | ($0.63) | $0.00 | $0.00 | 336265 | | 10/13/06 |
| Supplies-MailP | 10/20/2006 | ($0.87) | $0.00 | $0.00 | 336313 | | 10/7/06 |
| Canteen | 10/24/2006 | ($28.62) | $0.00 | $0.00 | 337100 | | |
| Supplies-MailP | 10/24/2006 | $0.00 | ($0.87) | $0.00 | 337389 | | 10/20/06 |
| Supplies-MailP | 11/1/2006 | $0.00 | ($0.63) | $0.00 | 340532 | | 10/29/06 |
| Mail | 11/2/2006 | $150.00 | $0.00 | $0.00 | 341725 | 238561 | |
| Supplies-MailP | 11/3/2006 | ($0.87) | $0.00 | $0.00 | 342141 | | 10/20/06 |
| Supplies-MailP | 11/3/2006 | ($0.63) | $0.00 | $0.00 | 342426 | | 10/29/06 |
| Canteen | 11/8/2006 | ($29.33) | $0.00 | $0.00 | 343203 | | |
| Canteen | 11/14/2006 | ($13.68) | $0.00 | $0.00 | 345906 | | |
| Canteen | 11/21/2006 | ($51.29) | $0.00 | $0.00 | 348761 | | |
| Canteen | 11/28/2006 | ($14.07) | $0.00 | $0.00 | 350839 | | |
| Pay-To | 11/29/2006 | ($15.95) | $0.00 | $0.00 | 351592 | LF BOOK ORDERS | |
| Canteen | 12/5/2006 | ($15.00) | $0.00 | $0.00 | 354431 | | |
| Supplies-MailP | 12/5/2006 | $0.00 | ($0.39) | $0.00 | 354495 | | 11/22/06 |
| Supplies-MailP | 12/5/2006 | $0.00 | ($0.63) | $0.00 | 354518 | | 11/23/06 |
| Legal | 12/7/2006 | $0.00 | ($28.00) | $0.00 | 355918 | | |
| Supplies-MailP | 12/8/2006 | $0.00 | ($0.63) | $0.00 | 356158 | | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($2.55) | $0.00 | 356230 | | 11/19/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($2.79) | $0.00 | 356277 | | 11/16/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | $0.00 | 357004 | | 11/22/06 |
| Supplies-MailP | 12/8/2006 | ($0.39) | $0.00 | $0.00 | 357019 | | 11/23/06 |
| Supplies-MailP | 12/8/2006 | ($0.63) | $0.00 | $0.00 | 357028 | | 12/5/06 |
| Supplies-MailP | 12/8/2006 | ($2.55) | $0.00 | $0.00 | 357097 | | 11/19/06 |
| Legal | 12/8/2006 | ($28.00) | $0.00 | $0.00 | 357127 | | |
| Supplies-MailP | 12/8/2006 | ($2.79) | $0.00 | $0.00 | 357161 | | 11/16/06 |
| Canteen | 12/12/2006 | ($15.00) | $0.00 | $0.00 | 357800 | | |
| Mail | 12/12/2006 | $150.00 | $0.00 | $0.00 | 358356 | 240093 | |
| Supplies-MailP | 12/13/2006 | $0.00 | ($0.39) | $0.00 | 359008 | | 12/7/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($0.39) | $0.00 | 359009 | | 12/7/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($0.39) | $0.00 | 359010 | | 12/7/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($1.11) | $0.00 | 359070 | | 12/10/06 |

MERCANTILE BANK

MERCANTILE COUNT

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007                                                                 Page 4 of 4

| | | | | |
|---|---|---|---|---|
| Supplies-MailP | 12/13/2006 | $0.00 | ($0.39) | 359078 |
| Canteen | 12/18/2006 | $16.50 | $0.00 | 360585 |
| Canteen | 12/19/2006 | ($15.00) | $0.00 | 360825 12/11/06 |
| Canteen | 12/26/2006 | ($14.99) | $0.00 | 363999 |

Ending Month Balance: $156.96

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($0.63)

Date Printed: 3/19/2007

**Individual Statement**
**From January 2007 to February 2007**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | Beginning Month Balance: | $156.96 |
| Current Location: | 18 | | | | Ending Month Balance: | $134.92 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/2/2007 | $0.00 | $0.00 | ($0.39) | $156.96 | 366521 | | 12/20/06 | |
| Canteen | 1/2/2007 | ($14.99) | $0.00 | $0.00 | $141.97 | 367440 | | | |
| Canteen | 1/9/2007 | ($15.98) | $0.00 | $0.00 | $125.99 | 369731 | | | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($1.11) | $125.99 | 371196 | | 12/20/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.39) | $125.99 | 371199 | | 12/20/06 | |
| Canteen | 1/16/2007 | ($14.97) | $0.00 | $0.00 | $111.02 | 373081 | | | |
| Legal | 1/16/2007 | $0.00 | $0.00 | ($28.00) | $111.02 | 373208 | | 12/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.87) | $111.02 | 373581 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $111.02 | 373584 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $111.02 | 373585 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $111.02 | 373588 | | 12/14/06 | |
| Legal | 1/18/2007 | ($28.00) | $0.00 | $0.00 | $83.02 | 374780 | | 12/06 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($0.39) | $83.02 | 375197 | | 12/12/06 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($0.39) | $83.02 | 375252 | | 11/30/04 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($0.39) | $83.02 | 375267 | | 11/26/06 | |
| Canteen | 1/23/2007 | ($14.98) | $0.00 | $0.00 | $68.04 | 375529 | | | |
| Canteen | 1/30/2007 | ($10.89) | $0.00 | $0.00 | $57.15 | 378174 | | | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $56.76 | 378629 | | 12/7/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $56.37 | 378630 | | 12/7/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $55.98 | 378631 | | 12/7/06 | |
| Supplies-MailP | 1/30/2007 | ($1.11) | $0.00 | $0.00 | $54.87 | 378713 | | 12/10/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $54.48 | 378722 | | 12/11/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $54.09 | 379068 | | 12/20/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $53.70 | 379360 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.87) | $0.00 | $0.00 | $52.83 | 379354 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $52.44 | 379356 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $52.05 | 379357 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $51.66 | 379418 | | 12/12/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $51.27 | 379537 | | 11/30/04 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $50.88 | 379617 | | 11/26/06 | |

Date Printed: 3/19/2007

## Individual Statement
### From January 2007 to February 2007

Page 2 of 2

| Type | Date | Amount | Balance | Ref # | Note Date | Note |
|---|---|---|---|---|---|---|
| Supplies-MailP | 1/30/2007 | ($1.11) | $0.00 | $49.77 | 379647 | 12/20/06 |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $49.38 | 379649 | 12/20/06 |
| Pay-To | 2/1/2007 | ($2.50) | $0.00 | $46.88 | 381662 | DST COPIES |
| Pay-To | 2/1/2007 | ($2.50) | $0.00 | $44.38 | 381665 | DST COPIES |
| Canteen | 2/6/2007 | ($15.00) | $0.00 | $29.38 | 382459 | |
| Supplies-MailP | 2/9/2007 | $0.00 | ($0.39) | $29.38 | 384906 | 1/10/07 |
| Supplies-MailP | 2/9/2007 | $0.00 | ($0.39) | $29.38 | 385287 | 1/9/07 |
| Supplies-MailP | 2/9/2007 | $0.00 | ($0.39) | $29.38 | 385288 | 1/9/07 |
| Supplies-MailP | 2/9/2007 | $0.00 | ($0.39) | $29.38 | 385289 | 1/9/07 |
| Canteen | 2/13/2007 | ($14.27) | $0.00 | $15.11 | 385718 | |
| Pay-To | 2/15/2007 | ($1.25) | $0.00 | $13.86 | 387916 | DST/COPIES |
| Mail | 2/16/2007 | $150.00 | $0.00 | $163.86 | 388430 | 242881 |
| Supplies-MailP | 2/16/2007 | $0.00 | ($0.63) | $163.86 | 388601 | 1/18/07 |
| Supplies-MailP | 2/16/2007 | ($0.39) | $0.00 | $163.47 | 389043 | 1/10/07 |
| Supplies-MailP | 2/16/2007 | ($0.39) | $0.00 | $163.08 | 389084 | 1/9/07 |
| Supplies-MailP | 2/16/2007 | ($0.39) | $0.00 | $162.69 | 389085 | 1/9/07 |
| Supplies-MailP | 2/16/2007 | ($0.39) | $0.00 | $162.30 | 389086 | 1/9/07 |
| Supplies-MailP | 2/16/2007 | ($0.63) | $0.00 | $161.67 | 389360 | 1/18/07 |
| Canteen | 2/20/2007 | ($11.85) | $0.00 | $149.82 | 390221 | |
| Supplies-MailP | 2/21/2007 | $0.00 | ($0.63) | $149.82 | 391188 | 1/12/07 |
| Canteen | 2/27/2007 | ($14.90) | $0.00 | $134.92 | 392757 | |

Ending Month Balance: $134.92

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($0.63)

MERCANTILE CITY BA

IM Charles F. Cardone
SBI# 078159  UNIT (18) BL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. District Court
844 N. King St., Lockbox 18
Wilmington
DE
19806

UNITED STATES POSTAGE
02 1A
0004608975
MAILED FROM ZIPCODE 19977
PITNEY BOWES
$00.63°
MAR 23 2007