IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-646-GMS |
| ) | |
| WARDEN THOMAS CARROLL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, the plaintiff, Charles F. Cardone, ("Cardone"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 29, 2007, the court entered an order reopening the case and requiring Cardone to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 11);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Cardone;

THEREFORE, at Wilmington this 15th day of June, 2007, IT IS HEREBY ORDERED that Cardone's complaint is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

FILED

JUN 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE