IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-646-*** |
| | ) |
| WARDEN THOMAS CARROLL, | ) |
| DOC-DEL CLASSIFICATION BOARD, | ) |
| ANTHONY J. RENDINA, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Charles F. Cardone, SBI #098159, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $21.44 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _5-29_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _June 12_, 2007.

_Charles F. Cardone, pro se_
Signature of Plaintiff

IM Charles F. Cardone
SBI# 098159    UNIT 18-BL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
WILMINGTON DE 197
14 JUN 2007 PM 2 T

* Attn:
Peter Dalleo

Pour-mie

CLERK
U.S. District Court
844 King St. Lockbox 18
Wilmington
DE
19801