IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-646-GMS |
| | ) |
| WARDEN THOMAS CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 15, 2007, the court entered an order dismissing the complaint for the plaintiff's failure to submit an authorization form (D.I. 12);

WHEREAS, on the same date, June 15, 2007, the plaintiff submitted the required authorization form;

THEREFORE, at Wilmington this 19th day of June, 2007, IT IS HEREBY ORDERED that:

1. The dismissal order of June 15, 2007, (D.I. 12) is **VACATED**.

2. The clerk of the court shall **REOPEN** this action.

_____
UNITED STATES DISTRICT JUDGE

FILED

JUN 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE