Aug 2, 2007

TO: Pro se law clerk, Dt U.S. District Court...

RE: Civil Action No. 06-646-GMS

On June 14, 2007, I submitted a TRO/Preliminary Injunction to the court for prospective relief in the above action. My prison classification and status for the past 2 years (since Aug. 11, 2005) requires me to hand all my mail to a prison guard for processing. Because of the postal weight of my submission it was necessary that that brown envelope had to be weighed and monies deducted from my prison account before the envelope is placed in our outgoing mail system. That said, I am now requesting you to send me the status of my above application to the court, as, that is why I have applied to the court to exercise their remedial powers.

Sincerely,

Charles F. Cardone

— I have enclosed a 6/22/07 note to me from a Counselor AIELLO for the court's consideration, and, to advise the court that as of this date I have not been placed in my July 29, 2005, court ordered program.

FILED
AUG -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

6/22/2007

**To: Cardone, Charles 18BL12**
   SBI# 098159
**From: Counselor Aiello**

**As of now you are clear of the staff assault as of 5/31/07. I have spoken with my supervisor and she said to put you in for the Greentree program at SCI which is a 6 month program rather then an 18 month program. You will have to sign off protective custody in order to take part in the program. If you are willing to sign off PC I will classify you next month to the program.**

I/M Charles F. Cardone
SBI# 098159  UNIT 18-B-L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

* Cardone
Pro-Se
Law Clerk
Pour-mia

Legal Mail

U.S. District Court
844 King St.,
Wilmington   DE
                 19801