August 12, 2007

TO: Judge Gregory M. Sleet
RE: Civil Action No.: 06-646 / TRO - Preliminary Injunction

Dear Judge Sleet:

I have submitted the enclosed documents/papers, marked 06-646-TRO/Preliminary Injunction, for the Court's consideration and further support of these actions before you. As of August 11, 2007, (yesterday) I have been in administrative detention for 24 months - approximately 730 days without my due process requirements of our Fourteenth Amendment. Further, in re administrative segregation hearings, my procedural safeguards that I am entitled to pursuant to the State of Delaware, Bureau of Prison's Procedure Manual, Procedure Number: 4.2, Chapter 4 Decision Making Relating to Offenders and Related ACA Standards: 29, Rules of Conduct, have not, and were not afforded to me. The Supreme Court, in Hewitt v. Helms, states that the safeguards I am entitled to are: (1) some notice of the charges against me, (2) an opportunity to present my views orally or in writing to the prison officer charged with deciding whether or not to transfer me to administrative segregation, (3) an informal proceeding held within a reasonable time following my transfer, and (4) periodic review of my charges by my decision maker. These are the minimum procedural requirements that I have not had in the alleged "staff assault" Delaware Correctional Center and Delaware Department of Corrections and the named defendants have used to keep me in isolation for approx. 730 days, and counting.

FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully submitted,
Charles F. Cardone
SBI #098159 - DCC prison

*C.A. #06-646-GMS/TRO — Exhibit R*

*E - 3 copies*

# SUPERIOR COURT
## OF THE
## STATE OF DELAWARE

T. HENLEY GRAVES
RESIDENT JUDGE

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5257

May 16, 2007

Charles F. Cardone
SBI# 00098159
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re: Def. ID# 0409005091A

Dear Mr. Cardone:

The Court is in receipt of your Motion for Sentence Modification requesting an Evidentiary Hearing filed May 15, 2007. Pursuant to the provisions of *11 Del. C. § 4217*, "The Court may modify a sentence solely on the basis of an application filed by the Department of Correction...". To date, no such application has been received.

For the reasons outlined in my previous correspondence, your request for modification of sentence remains denied. IT IS SO ORDERED.

Very truly yours,

T. Henley Graves

THG:tll

oc:   Prothonotary's Office
      Department of Justice

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/05/2006

C.A. #06-646-GMS   Exhibit S

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** CARDONE, CHARLES F | **SBI#** : 00098159 | **Institution** : DCC |
| **Grievance #** : 44080 | **Grievance Date** : 05/22/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Counselors | **Incident Date** : 04/11/2006 | **Incident Time** : SHU |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 17, Upper, Tier C, Cell 4, Single — SHU | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Since 4/11/06 I have sent several in-house requests to Counselor Johnson for information. She has not answered any of my requests as of May 22, 2006. In May, June and July of 2005 in the P/T bldg where I was housed and she was the counselor, she refused to answer any of my requests also.

**Remedy Requested** : Response to my inquires.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : NO           **Date Received by Medical Unit** :

**Investigation Sent** :              **Investigation Sent To** : Hosterman, Ron

**Grievance Amount** :

Page 1 of 2

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/05/2006

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name:** CARDONE, CHARLES F | **SBI#** : 00098159 | **Institution** : DCC |
| **Grievance #** : 44080 | **Grievance Date** : 05/22/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Counselors | **Incident Date** : 04/11/2006 | **Incident Time :** SHU |
| **IGC** : Merson, Lise M | **Housing Location:** Bldg 17, Upper, Tier C, Cell 4, Single | |

## INFORMAL RESOLUTION

**Investigator Name** : Hosterman, Ron          **Date of Report** 06/05/2006

**Investigation Report :**

**Reason for Referring:**


**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

DCC Delaware Correctional Center  Date: 10/19/2006
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARDONE, CHARLES F | **SBI# :** 00098159 | **Institution :** DCC |
| **Grievance # :** 44080 | **Grievance Date :** 05/22/2006 | **Category :** Individual |
| **Status :** Non Grievable | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Counselors | **Incident Date :** 04/11/2006 | **Incident Time :** SHU |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg 21, Lower, Tier A, Cell 5, Top – SHU | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Since 4/11/06 I have sent several in-house requests to Counselor Johnson for information. She has not answered any of my requests as of May 22, 2006. In May, June and July of 2005 in the P/T bldg where I was housed and she was the counselor, she refused to answer any of my requests also.

**Remedy Requested** : Response to my inquires.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO      **Date Received by Medical Unit :**
**Investigation Sent :**        **Investigation Sent To** : Hosterman, Ron
**Grievance Amount :**

Page 1 of 4

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/19/2006

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : CARDONE, CHARLES F | **SBI#** : 00098159 | **Institution** : DCC |
| **Grievance #** : 44080 | **Grievance Date** : 05/22/2006 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status** : |
| **Grievance Type:** Counselors | **Incident Date** : 04/11/2006 | **Incident Time** : *SHU* |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 21, Lower, Tier A, Cell 5, Top — *SHU* | |

## INFORMAL RESOLUTION

**Investigator Name** : Hosterman, Ron       **Date of Report** 06/05/2006

**Investigation Report** : There is neither a record of requests by Cardone to Counselor Johnson, nor a record of any correspondence to him by her. However, he has had ongoing correspondence with other staff (Counselor Simms and Counselor Schrader), including phone sheets and classification in the various areas he has been assigned. Counslor Johnson left DCC early in July. RGH

**Reason for Referring:**

Offender's Signature: _____

Date : _____

Witness (Officer) : _____

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 10/19/2006

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** CARDONE, CHARLES F | **SBI#** : 00098159 | **Institution** : DCC |
| **Grievance #** : 44080 | **Grievance Date** : 05/22/2006 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Counselors | **Incident Date** : 04/11/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 21, Lower, Tier A, Cell 5, Top | |

## IGC

**Medical Provider:**              **Date Assigned**

**Comments:** — No hearing — cfc 8-12-07

Hearing held 10/19/2006:  
I/M is requesting information on amount of points assigned. I/m advised to Ms. Jackson, this grievance is a classification issue. This was not evident from the wording of grievance.

[ ] **Forward to MGC**          [ ] **Warden Notified**

[x] **Forward to RGC**          **Date Forwarded to RGC/MGC:** 08/31/2006

[x] **Offender Signature Captured**   **Date Offender Signed** :

DCC Delaware Correctional Center  Date: 10/19/2006
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : CARDONE, CHARLES F | **SBI#** : 00098159 | **Institution** : DCC |
| **Grievance #** : 44080 | **Grievance Date** : 05/22/2006 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Counselors | **Incident Date** : 04/11/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 21, Lower, Tier A, Cell 5, Top | |

### RGC

**Date Received** : 08/31/2006   **Date of Recommendation:**

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### VOTE COUNT

| Uphold : | Deny : | Abstain : |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

TO: Counselor Aiello                    Exhibit 1        June 6, 2007
From: Cardone, Charles 18BL12
                                                           B- 4 copies
                C.A. #06-646-GMS

~~Rick Kearney~~
~~Paul W. Howard~~, Chief, Bureau of Prisons, Delaware:

The following is my "in house" note to the above counselor: Your statement " your classification will remain max security because of a staff assault on 5/31/05. there is a 2 year mandatory map placement which means it will come off in May of 2007," in your 12/21/06 note to me... has my map placement come off, as you state? To attend my court-ordered Greentree Program, I must sign off Protective Custody status, is that correct? At the date of this writing, I am informing you and Paul Howard, Chief, Bureau of Prisons, Delaware, I am seeking administrative review of DCC's staff assault charge which, as you state above is subjecting me to " a 2 year mandatory map placement. Pursuant to: State of Delaware Bureau of Prisons Procedure Manual Chapter 4 DOC Policy 4.2, V. Procedure... I am requesting an administrative review because I have not been given (shown) any entitlements as outlined in V. Procedure. Lastly, notify me of my date of eligibility to attend Greentree Program.

                            Charles F. Cardone
                            SBI # 098159

CC - Comm. Danberg

* 06-646-GMS - TRO/Preliminary Injunction *

C.A. 06-646-GMS-TRO/Prelim Injunction Exhibit U



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg  
Commissioner

(302) 739-5601  
Fax: (302) 739-8221

June 19, 2007

Charles Cardone  
SBI# 098159  
DCC Unit 18-B-12  
1181 Paddock Road  
Smyrna, DE 19977

Dear Mr. Cardone,

I am in receipt of your letter of May 8th. — Exhibit N of my 6-14-07 TRO/Pre Injunc

I have forwarded your request to the Bureau of Prisons to handle.

Sincerely,

Carl C. Danberg  
Commissioner

Cc: Rick Kearney, BOP  
Tom Carroll, Warden  
T# 237

CCD:lmd

4 copies
to
6-24-07

*C.A. #06-646-GMS-TRO/Prelim Injunction Exhibit V*
*at 3*
*Pg 5 of 8*

6/22/2007

## To: Cardone, Charles 18BL12
SBI# 098159
## From: Counselor Aiello

As of now you are clear of the staff assault as of 5/31/07. I have spoken with my supervisor and she said to put you in for the Greentree program at SCI which is a 6 month program rather then an 18 month program. You will have to sign off protective custody in order to take part in the program. If you are willing to sign off PC I will classify you next month to the program.

CC Rick Kearney, BOP
Commissioner Danberg
DE District Ct.

Charles F. Cardone
July 23, 2007
Received

C.A.No.: 06-646-GMS - TRO/Preliminary Injunction - Exhibit W

TO: Rick Kearney, BCI                                     June 24, 2007

Dear Mr. Kearney:

Various agents of Delaware Department of Corrections, at Delaware Correctional Center, where I have been housed since May 23, 2005, have notified me that their reason for classifying me to my present Maximum Security Status is for a "staff assault" which allegedly occurred in May of 2005, and I am to remain at this status until August of 2007.

Therefore, I am requesting you to administratively review my classification and I am notifying you of my attempts to prevail on three claims which are highly significant: 1. Society expects me to be treated humanely, and 2. I am to be provided with a fair disciplinary process when charges are brought against me arising out of alleged misconduct while incarcerated, and 3. to be free from false accusations by prison staff.

Expectantly, Commissioner Danberg has forwarded my request to him, to you, pursuant to his June 19, 2007, letter to me.

Sincerely,

Charles F. Cardone - SBI #098159

CC: Commissioner Danberg
    Tom Carroll, Warden

4 copies
cfc
6-24-07



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

## MEMORANDUM

TO: Inmate Charles F. Cardone  SBI# 00098159  Unit 18

FROM: Deputy Warden Burris

DATE: July 03, 2007

RE: Inmate letter

---

Your letter dated April 26, 2007, is being forwarded to Treatment Administrator Hosterman for investigation and response to you.

Cc: Treatment Administrator Hosterman

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**BUREAU OF PRISONS**
245 MCKEE ROAD
DOVER, DELAWARE 19904
Telephone: (302) 739-5601
Fax: (302) 739-8221

## MEMORANDUM

TO:     Inmate Charles Cardone
        DCC, SBI #098159

FROM:   Richard A. Kearney    *R.K.*
        Bureau Chief of Prisons

DATE:   July 12, 2007

RE:     **Correspondence of June 24, 2007**

In response to your letter dated June 24, 2007, you have received due process in both disciplinary and classification proceedings. You appear to be appropriately housed.

RAK/csd
Cc:   Warden Tom Carroll, DCC
      File

*Charles F. Cardone*
*July 23, 2007*
*Received*

TO: Commissioner Danberg, DCC-DE

RE: Richard A. Kearney
    Bureau Chief of Prisons
    *C.A. #06-646-GMS-TRO/Prelim Injun* *Pg 2 of 8*

Dear Mr. Danberg,   *Exhibit Z*

July 26, 2007

*I sent this to Danberg on Aug. 7, 2007 by pay to...
cfc
8-7-07

For your consideration I am enclosing Chief Kearney's July 12, 2007 Memo to me, and, I am also enclosing for your consideration my (a copy) June 6, 07, letter to Mr. Kearney. Mr. Kearney's July 12, 2007 memo to me is his response to my June 6, 07, request to him.

I wish to appeal his response. I am advising you that as of August 11, 2005, I have been wrongfully squirreled away in SHU/MHU for a "staff assault" that never took place and I have not been shown any of my stated entitlements, as outlined in State of Delaware Bureau of Prisons Procedure Manual Procedure Number = 4.2, Related ACA Standards, Rules of Conduct in re the above "staff assault". At this time, via this letter, I am requesting your intervention, and correction, of Chief Kearney's un-informed and erroneous July 12, 2007 memo to me and/or at the very least, provide me with copies of any/all paperwork associated with the above "staff assault" that has been used by your DOC to place me in the SHU until August/07.

thank you,
Charles F. Cardone
SBI #098159

I/M Charles J. Centore
SB# 098159  UNIT 18-B-2-12
DELAWARE CORRECTIONAL CENTER
1¹ PADDOCK ROAD
SMYRNA, DELAWARE 19977

Attn:
Judge Sleet

Legal Mail

* Clerk *
U.S. District Court
844 N. King St.,
Lockbox 18
Wilmington   DE
                19801