TO: DE U.S. District Court Clerk                              Aug 21, 07

Page 1 of 2

Dear Mr. Dalleo:

I have received your August 17, 2007 letter to me and a copy of Judge Farnan's dismissal order dated 3/8/07, (DI #51 in CA 06-151). Thank you for that copy and for other documents/papers you have been most kind in sending my way. — As to my letter to Judge Thynge dated 8/7/07 requesting a 90 day extension of these three cases, I sent that request to her (and served opposing counsel) via the return address of the envelope containing Judge Thynge's January 4, 2007 order in re a status conference, Case # 1:05-cv-536, Docket Number: 97. That 8/7/07 request for the 90 day extension was returned to me for insufficient address. It appears someone is tampering with my legal mail, nonetheless, I re-mailed the request to Office of the U.S. Magistrate because I was uninformed as to JJF being assigned to my civil actions and my original request of dismissal without prejudice was directed to the then assigned *** Judge Thynge. Per your August 17, 2007 letter to me, opposing counsel was served with copys of my request to Judge Thynge for a 90-day extension in the below 3 cases:

CA-05-536-JJF
CA-06-151-JJF
CA-06-152-JJF ...


FILED
AUG 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Con't on pg 2 →)

Aug. 21, 07

Page 2 of Charles F. Cardone's letter to Peter Dalleo of DE U.S. Dist. Ct....

Page 2 of 2

— Sir, once again I am requesting the status of my application to Delaware U.S. District Court for a Temporary ~~Restraing~~ Restraining Order and Preliminary Injunction in CA-06-646*** against Delaware Correctional Center for false imprisonment of me. I submitted my above application, dated June 14, 2007, on June 15, 2007, by handing it to a prison guard for mailing to the DE District Court. Monies were deducted from my prison account to pay for mailing my application to the court. In a July 29, 2007 letter to the District Court, I again requested the status of my TRO. I also submitted papers/documents in further support of my June 14, 2007 petition for TRO and another request for the status in letter to the court dated July 1, 2007. To date, other than monies deducted for mailing my TRO/Preliminary Injunction to the court, my requests to you for the status have not been forthcoming...
    Please advise,

Sincerely,

Charles F. Cardone
SBI #098159

IM Charlie F. Cardone
SBI# 098159  UNIT 18-B-L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Poor-mis

WILMINGTON DE 197
22 AUG 2007 PM 1 L

CLERK
U.S. District Court
844 King St., Lockbox 18
Wilmington
DE
19801