OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 24, 2007

TO:    Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

      RE:    **Letters Received Dated 8/5/07 & 8/21/07**
               **CA 05-536 JJF**
               **CA 06-151 JJF**
               **CA 06-152 JJF**
               **CA 06-646 GMS**

Dear Mr. Cardone:

      The above referenced letters were received by this office regarding your request to Magistrate Judge Thynge for a 90-day extension regarding reopening your Civil Actions (CA 05-536, CA 06-151, CA 06-152). Your request is pending before Magistrate Judge Mary Pat Thynge.

      Regarding your Motion for Preliminary Injunction and Temporary Restraining Order in CA 06-646 GMS. Your Motion is pending before District Judge Gregory M. Sleet.

      You will be advised by the Court as to any further developments in your above cases.

      I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                         Sincerely,

                                                          PETER T. DALLEO
                                                          CLERK

/rwc
cc:    The Honorable Gregory M. Sleet
          The Honorable Mary Pat Thynge