TO: Office of the Clerk - District Court, District of Delaware

Aug. 26, 2007

RE: Plaintiff/Petitioner/Prisoner's Motion for Preliminary Injunction and Temporary Restraining Order in CA 06-646 GMS

## DECLARATION

I, Charles F. Cardone, hereby declare under penalty of law, that I swear all informations contained in the above Motion are true and correct, to the best of my knowledge and that on this date, August 26, 2007, I have handed a carbon copy of the above Motion to a Delaware Correctional Center Correctional Officer to place in this prison's mail system to be mailed to Delaware Department of Corrections Commissioner Carl Danberg at the address below:

TO:
DE DOC Commissioner
Carl Danber
245 McKee Road
Dover DE 19904

by:
Charles F. Cardone
SBI #098159
Unit 18-B-L-12
1181 Paddock Road
Smyrna, DE
19977



RECEIVED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Charles F. Cardone
SBI# 098159   UNIT 18-B-1-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peer-mis

* CLERK *
U.S. District Court
Lockbox 18 - 844 King St. -
U.S. Court House
Wilmington DE
19801

WILMINGTON DE 197
28 AUG 2007 PM 3 L

USA First-Class