<u>AND</u>: I wish to appeal my Civ. No. 06-646-GMS's Oct. 11, 2007 dismissal... please allow this notice of appeal to be docketed and forward necessary and appropriate materials, documents, etc., to effectuate my appeal to either DE District Court and/or 3rd Circuit Ct of Appeals...

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

Thank you,

Charles F. Cardone
SBI# 098159
DE Correctional Center
1182 Paddock Rd
Smyrna, DE 19977

<u>AND</u>: I am strongly objecting to DE District Court's and 3rd Circuit's on going practice of ~~takn~~ stealing my filing fees monies only to dismiss and deny my actions. Please advise me on how to deal with the above actions of these 2 federal courts and their continual practice of denying this pro se prisoner access to their courts. CFC 11-8-07

Nov. 9, 2007

TO: Nancy Rebeshini, Esq.
pro se, in propria persona law clerk

Dear Madam:

Expectantly this note will reach you or your successor so that you will respond to my attempts to at seeking a response from Delaware's district court's pro se law clerk to advise me of the extent of your duties as our pro se law clerk because I have several U.S.C. 42 § 1983's pending and on hold in your court. Please respond at your earliest convenience and opportunity.

thank you,

Charles F. Cardone
SBI #098159-DCC
Bldg. (18) - C U 12
Smyrna prison, DE 19977

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Prison walls do not form a barrier separating prison inmates from the protection of the Constitution." — Justice Sandra Day O'Connor ... gone but not forgotten.

→ OVER

