TO: DE District Court       Nov. 21, 07
pro se law clerk
RE: Civ No. 06-646-GMS and Motion for Prelim Inj / TRO

Please confirm my notice to the Court (you) of my "notice to appeal" Judge Sleet's Oct 11, 07 dismissal w/out prejudice as well as my Petition (motion?) for Prelim injunc / TRO (D.I. 15)... He has replaced Jordan in denying me access to our courts... y'all take my money fast enough! I just done doing 2 years of solitation, aka SHU/MAX classification and I ain't had hearing one nor was →

*Come back, Sandra ---*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-151 KAJ |
| | ) | |
| WARDEN THOMAS CARROLL, | ) | TRIAL BY JURY OF TWELVE DEMANDED |
| CORRECTIONAL SERVICES MEDICAL | ) | |
| (formerly known as First Correctional | ) | |
| Medical Co.), | ) | |
| | ) | |
| Defendants. | ) | |

④

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON
BEHALF OF DEFENDANT CORRECTIONAL MEDICAL SERVICES**

PLEASE ENTER THE APPEARANCE of Amy A. Quinlan, Esquire, on behalf of the defendant, Correctional Services Medical (correctly known as Correctional Medical Services), in the above-captioned matter. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects or defects in service upon the defendant. The defendant specifically reserves all rights to raise any jurisdictional, service or statute of limitations defenses which may be available.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Amy A. Quinlan (ID # 3021)
222 Delaware Avenue
P. O. Box 2306
Wilmington, DE 19899
(302) 888-6886
Attorneys for Defendant
Correctional Medical Services

Dated: July 7, 2006

*I given an opportunity to confront my accuser.*

*I got a ton of supporting paperwork if I*



I/M Charles F. Cordone
SBI# 098159 UNIT 18-CU-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

06-646-GMS *

Legal Mail

* Pro Se Law Clerk
U.S. District Court
844 King St.
Wilmington DE
19801

Happy Holidays~