TO: DE District Court

- I sent the Clerk my letter dated July 1,'07, requesting the status of my petition for pre-liminary Injunction / TRO-06-646... my records (yeah, I hear y snickering) show no response by the clerk, please advise ... I sent another status request to pro-se law clerk, no response... please advise... July 29'07... I sent another letter, dated Nov 2,'07... no response? Please advise... Has the Court received my requests, dated Dec. 2,07, to reopen my cases?...

```
( 06-151 )
{ 06-152 }
( 06-646 )
```

\* Appealing to 3rd Circ.

Please advise,

Charles F. Carlone

SBT #098159

Smyrna Prison

in re : 06-151
        06-152
        06-646


RECEIVED
DEC 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM. Charles J. Cardon

SBI# 098259 UNIT 17 84-9

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Pro se

Law Clerk

Pauri Mie

Legal Mail

* Happy *
Holidays *

U.S. District Court —

844 King St. + Lockbox 18

Wilmington

DE

19801

19801#3519 C012

UNITED STATES POSTAGE
FIRST CLASS
02 1A
0004808975
MAILED FROM ZIP CODE 19977
DEC 17 2007