Jan. 8, 2008

TO: DE District Court pro se law clerk
RE: Docket Text of Case #: 1:06-cv-00646-GMS

— As to docket #3 dated 10/26/2006, "Failure to submit items within (w/in) 30 days will result in dismissal..." would that "dismissal w/out prejudice" be appealable to our 3rd Circuit? (Hypothetically speaking)? — Docket #23 dismissing my case as "frivolous and for failure to state a claim"... am I (plaintiff) to believe Judge Sleet dismissed my action sua sponte or upon a motion by my defendants? Please advise... if upon motion, please send me that application to the court by my defendants as I do not have their submission and/or their request for dismissal. — Finally, docket #26 "docketing Record on Appeal...", why did Charlene Crisden RESTRICT that DOCUMENT? Please advise. — Why have my numerous requests for EVIDENTIARY hearings not been addressed by the Court? Please advise.

Respectfully submitted,
Charles F. Cardone, pro se
SBI #098159
Smyrna Prison

CC: ~~Thomas Carroll~~
Charlene Crisden



FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Charles F. Carbone
SBI# 098159   UNIT 17 Bu9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Civil: 06-646-GMS

Legal Mail

* PRO SE Law Clerk
U.S. District Court
844 King Street
Wilmington, DE
19801